[No. 5704.]

The People ex rel. Stoop et al. v. Lawson et al.

**Former Opinion Followed.**

The question involved in this case was passed upon and determined in Dunton v. People ex rel. Aikin et al., 36 Colo. 128.

*Error to the District Court of Otero County.*
*Hon. N. Walter Dixon, Judge.*

Action by the people on the relation of Frank
D. Stoop and Andrew Nicholes against J. E. Lawson
and P. J. Reifel. From an order sustaining a de-
murrer to the complaint, plaintiff brings error.

*Reversed.*

Mr. W. B. GOBIN and Mr. E. C. GLENN, for
plaintiffs in error.

Mr. R. S. BEALL, Mr. F. A. SABIN and Mr. S. H.
WHITE, for defendants in error.

Mr. JUSTICE BAILEY delivered the opinion of the
court:

The complaint in this action alleged that Rocky
Ford was a city of the second class and that in the
election held therein on the 4th day of April, 1905,
for the purpose of electing aldermen from the first
ward, plaintiffs in error received the greatest num-
ber of votes cast for such offices in such ward; that,
notwithstanding this, defendants in error have
usurped and intruded into such offices and are exer-
cising the duties thereof; and praying for judgment
of ouster against respondents and that relators be
placed in possession of such offices.

To this complaint a demurrer was filed and the
contention was and is that the complaint is defective
in that it fails to show that relators received a major-
ity of all of the votes cast in the entire city.

The trial court sustained the demurrer and the
matter comes here on error.

The question involved herein was disposed of in
*Dunton v. People of the State of Colorado ex rel.
Aikin et al.,* 36 Colo. 128, just decided.

The judgment will be reversed and the cause,
remanded with instructions to overrule the demurrer,

and if the matter is further litigated it will be for the sole purpose of determining as to who, according to the official canvass, received the greatest number of votes cast in the first ward for aldermen.

*Reversed.*

CHIEF JUSTICE GABBERT and Mr. JUSTICE GODDARD concur.

**Former Opinion Followed.**

The question involved in this case was passed upon and determined in Dunton v. People ex rel. Aikin et al., 36 Colo. 128.